Date: 01/07/10         DIVIDENDS REMITTED TO THE COURT    14-149643    Page:

Case Number 08-17750 - CALIRI, BIAGIO SALVATORE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Diversified Receivable Management**<br>P.O. Box 30340<br>Cleveland, OH 44130<br>   ACCOUNT NO. 0173 | 000016 | 102.51 | 2.11 |
| ---------- Remittance Total --------------- | | 102.51 | 2.11 |

_____
MARVIN A. SICHERMAN, Trustee



Printed: 01/07/10 02:38 PM    Ver: 15.06
COURT1
08-17750-rb    Doc 36    FILED 01/11/10    ENTERED 01/11/10 14:16:41    Page 1 of 1